IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-cv-84-FL

| | |
|---|---|
| RASHAD FEWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner of Social )<br>Security, )<br>)<br>Defendant. ) | **ORDER** |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $9,799.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $4,023.75.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $9,799.00 and that Plaintiff's counsel pay to Plaintiff the sum of $4,023.75 and upon the payment of such sums this case is dismissed with prejudice.

This 11th day of May, 2016.

_____
United States District Judge